103 So.2d 908

**Mrs. Dula Marie HOLLAND et al.**

**v.**

**MARQUETTE CASUALTY CO. et al.**

No. 43653.

Feb. 10, 1958.

On Rehearing in Nos. 43653 and 43663,

June 27, 1958.

Lawes, Cavanaugh, Hickman & Brame, Lake Charles, for applicant and respondent.

King, Anderson & Swift, Richard A. Anderson, Jack C. Watson, Moss & Graham, Lake Charles, Murphy Moss, Lemle & Kelleher, New Orleans, Nathan A. Cormie, Lake Charles, for respondents.

MOISE, Justice.

For the reasons this day assigned in the case of Humphreys v. Marquette Casualty Co., 235 La. 355, 103 So.2d 895, the judgment of the Court of Appeal, First Circuit, 95 So.2d 878, is amended, so as to allow the plaintiff attorney's fees in the sum of $1,000; in all other respects, it is affirmed. All costs are to be paid by the defendant, Marquette Casualty Company.

McCALEB, J., dissents in part with written reasons stated in, 235 La. 355, 103 So.2d 895.

SIMON, J., absent.

FOURNET, C. J., concurs in part and dissents in part for the reasons assigned this day in Humphreys v. Marquette Casualty Company, 235 La. 355, 103 So.2d 895, with which case this appeal was consolidated for argument and decision in this court.

On Rehearing of Nos. 43653 and 43663.

McCALEB, Justice.

This is a companion suit to that of Humphreys v. Marquette Casualty Company, 235 La. 355, 103 So.2d 895.

For the reasons assigned in that matter, the judgment of the Court of Appeal is set aside and that of the district court is amended by including therein an award in favor of plaintiff and against defendants, in solido, for attorneys' fees in the sum of $1,000 and a 12% penalty on all weekly compensation payments which are now due or which may hereafter become sixty days overdue. As thus amended, the judgment of the district court is reinstated and affirmed, defendants to pay all costs.

HAMITER, J., concurs in the decree.

TATE, J., recused.